No. 93–1539. LOUISIANA ET AL. v. HAYS ET AL. Appeal from D. C. W. D. La. Judgment vacated and case remanded for further consideration in light of Act 1 of the Second Extraordinary Ses-

sion of the 1994 Louisiana Legislature and the parties' filings in this Court concerning Act 1. 